IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT WAYNE KNUDSON,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 2:09-CR-35 TS |

This matter is before the Court for consideration of Defendant's Motion for Early Termination of Supervised Release.[1] The Court will grant the Motion.

I.  BACKGROUND

Defendant was indicted, on January 14, 2009, with one count of possessing a firearm while subject to a protective order in violation of 18 U.S.C. § 922(g)(8). Defendant was sentenced on May 19, 2009, to a term of imprisonment of time served (which equated to

---

[1]Docket No. 36.

1

approximately four months) to be followed by a 24 month term of supervised release. Defendant now moves to terminate that supervision. The government objects to the Motion.

In his Motion, Defendant states that he has been fully compliant with his supervised release and all the terms imposed by the Court. Defendant further represents that he has complied with all terms of his state supervision, which included the completion of domestic violence/substance abuse counseling, community service, and the payment of fines. Consultation with Defendant's supervising officer confirms Defendant's compliance with the terms of his supervised release.

## II.  DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Having considered these factors, reviewed the docket and case file, and consulted with Defendant's supervising officer, the Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

## III.  CONCLUSION

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 36) is GRANTED. It is further

ORDERED that Defendant's term of supervised release shall be terminated effective immediately and this case shall be closed.

SO ORDERED.

DATED   September 23, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge